IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

TERRANCE SWAILES,  :
:
    Plaintiff,  :
:
vs.  :
:  CIVIL ACTION 15-259-M
CAROLYN W. COLVIN,  :
Social Security Commissioner,  :
:
    Defendant.  :

JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** be entered in favor of Defendant Carolyn W. Colvin and against Defendant Terrance Swailes.

DONE this 15th day of January, 2016.

                                                  s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE